FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 5 2018

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18CR **00459 KGB** |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 2252(a)(2) |
| MICHAEL HOLLAND LEWIS | ) | 18 U.S.C. § 1466A(a)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 31, 2018, in the Eastern District of Arkansas and elsewhere, the

defendant,

MICHAEL HOLLAND LEWIS,

did knowingly possess and access with intent to view one or more matters which contained an

image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and

transported in interstate and foreign commerce, and which were produced using materials that had

been mailed, shipped, and transported in interstate and foreign commerce, by any means

including by computer, the production of which involved the use of a minor engaging in sexually

explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### COUNT 2

On or about September 26, 2017, in the Eastern District of Arkansas and elsewhere, the

defendant,

MICHAEL HOLLAND LEWIS,

knowingly received any visual depiction, using any means or facility of interstate or foreign

commerce, and the production of such visual depiction involved the use of a minor engaging in

sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about April 16, 2018, in the Eastern District of Arkansas, and elsewhere, the defendant,

### MICHAEL HOLLAND LEWIS,

knowingly received any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4

On or about February 18, 2018, in the Eastern District of Arkansas, and elsewhere, the defendant,

### MICHAEL HOLLAND LEWIS,

did knowingly receive an obscene visual depiction, to wit a digital image or picture, computer image or picture, or computer generated image or picture, whether made or produced by electronic, mechanical or other means, of a minor engaging in sexually explicit conduct, as that term is defined 18 U.S.C. §2256(2)(A), to wit sexual intercourse and lascivious exhibition of the genitals or pubic area of any person, in the circumstances specified in 18 U.S.C. § 1466A(d)(1) and (d)(4).

All in violation of Title 18, United States Code, Section 1466A(a)(1).